# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| Grace Smith, Andy Smith, Shelta Rambur,<br>Tiffany Leimback, Tamara Weaver, Renee<br>Buchli, Carleigh Boucher, Jessica McComb,<br>Bobbi Dockins, Candi Kusler, Laura Pavey,<br>and others similarly situated,<br>                      Petitioners,<br><br>vs.<br><br>Governor Gordan in his official capacity,<br>Wyoming Dept. of Health, State Health officer Alexia<br>Harrist MD in her official Capacity, Wyoming<br>Dept. of Health interim director Stefan Johansson<br>in his official capacity, Superintendent Scott Stults<br>and Trustees of Sheridan County School District #2,<br>Superintendent Jubal Yennie and Trustees of Albany<br>County School District #1, Superintendent Dr. Margaret<br>Crespo and Trustees of Laramie County School District #1,<br>Superintendent Ryan Kramer and Trustees of Goshen<br>County School District #1, Superintendent Craig Barringer<br>and Trustees of Sweetwater County School District #2,<br>Superintendent Damion Smith and Trustees of Uinta<br>County School District #6, Sheridan Police Department,<br>each of the following health officers in their official<br>capacity for the respective counties: Albany: Jean Allais<br>MD, Johnson: Mark Schueler MD, Laramie: Stanley<br>Hartman MD, Goshen: Ted Church MD, Sweetwater:<br>Jean Stachon MD, Jane/John Does 1-100,<br>                      Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 21-CV-00201 |

---

## ORDER OF RESPONDENT SHERIDAN POLICE DEPARTMENT'S MOTION TO DISMISS PURSUANT TO LOCAL RULE 7.1

---

THIS MATTER having come before the Court upon the Respondent Sheridan Police Department's filing of *Respondent Sheridan Police Department's Motion to Dismiss Pursuant to Local Rule 7.1* ("Motion to Dismiss"), and the Court having reviewed the file and otherwise being fully advised of the premises:

IT IS HEREBY ORDERED that Respondent Sheridan Police Department's Motion to Dismiss is granted, and that this case be and hereby is, dismissed with prejudice in accordance with Local Civil Rule 7.1(b)(2)(A).

DATED this _____ day of _____, 2021.

_____
U.S. Judge/Magistrate