

**FILED**

*11:09 am, 4/29/22*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

———————————————

SHELTA RAMBUR, *et al.,* and others
similarly situated,

        Plaintiffs,

vs.

GOVERNOR GORDON in his official
capacity, *et al.,*

        Defendants.

Case No.  21-CV-201-F

———————————————————————————————————

ORDER DISMISSING UINTA COUNTY SCHOOL DISTRICT NO. 4
DEFENDANTS
WITHOUT PREJUDICE AND CLOSING CASE

———————————————————————————————————

By order of March 8, 2022, the Court notified Plaintiffs that absent their filing a return or waiver of service to the Uinta County School District No. 4 Defendants within 90 days of the filing of the second amended complaint against them, the claims against these Defendants would be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

The Court having not received such returns or waivers of service by the stated date, Plaintiffs' claims against Superintendent Kent Stokes and the Trustees of the Uinta County School District No. 4, are DISMISSED WITHOUT PREJUDICE.

All claims against all Defendants having been dismissed, the Clerk's office shall close this case.

Dated this 29th day of April, 2022.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE